AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   8:26MJ339 |
| | ) | |
| JAIRO GARCIA MURILLO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____JULY 28, 2026_____ in the county of _____DOUGLAS_____ in the
_____ District of _____NEBRASKA_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*   #8389 D.O.

Anthony P. Gayden, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date: __7/31/2026_____

_____
*Judge's signature*

City and state:        Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE MATTER OF INVESTIGATION ) 
OF JAIRO GARCIA-MURILLO ) AFFIDAVIT OF Anthony P. Gayden
 )

Anthony P. Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Jairo GARCIA-Murillo**, (hereafter referred to as Defendant) with violations of 8 U.S.C. § 1326(a), reentry of removed aliens. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge or investigation into this matter.

5. Jairo GARCIA-Murillo, hereafter referred to as defendant, came to the attention of the ICE ERO Omaha Fugitive Operations team while performing at-large operations near the intersection of 205th street and Dodge Street in Elkhorn, NE on 7/28/2026.

6. At approximately 7:46am, ICE officers Anthony Gayden and Carl Wisehart observed a black 2014 Ford Fusion sedan, with Nebraska license AGK636, parked in the parking lot of the Menards located at 750 N 205th St in Elkhorn, NE.

7. Vehicle registration checks showed that the registered owner is defendant, GARCIA. Defendant, GARCIA has a final removal order and one prior removal from the US to Honduras. No record of lawful entries was found.

8. Based on that information, officers followed for a short distance and performed a vehicle stop at the Omaha Police Department West Precinct parking lot located at 20924 Cumberland Drive, Elkhorn, NE. All officers identified themselves as ICE officers and questioned the occupants regarding their identities and immigration status.

1

9. Defendant, GARCIA, told ICE officers that his name is Jairo GARCIA-Murillo and that he is a citizen of Honduras present in the US illegally. Based on that information, officers placed defendant, GARCIA, under arrest for being present in the US without admission, inspection or parole.

10. ICE officers transported him to the ICE ERO Omaha office for processing. At the ICE office, biometric checks of his fingerprints confirmed his identity. Video of the arrest was captured on officer's body worn cameras.

11. Defendant, **GARCIA's,** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS).  The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant had been arrested by DHS previously.

12. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 078 279 476) relating to this Defendant, **GARCIA.**

13. The Defendant, **GARCIA's**, alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Honduras who was removed from the United States to Honduras, on 3/27/2009, pursuant to a final removal order on 2/04/2003 in New York City, NY.

14. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant, **GARCIA.**

15. Affiant believes there is probable cause that Defendant, **GARCIA**, is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means:

Date:  July 31, 2026

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge